**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: October 21, 2015**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 2:15-bk-53849 |
| DOUGLAS L. HICKS, SR. | | |
| LONA L. HICKS | * | Judge Charles M. Caldwell |
| Debtors. | * | Chapter 13 |

**AGREED ORDER RESOLVING DEBTORS' MOTION TO SELL RESIDENTIAL REAL PROPERTY (Doc. 29)**

This cause comes on before the Court upon Debtors' Motion to Sell Residential Real Property filed with the Court on October 7, 2015 (Doc. 29), and Rushmore Loan Management Services LLC, as servicer to Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-17's Response to said Motion filed with the Court on October 12, 2015 (Doc. 30). Prior to the matter proceeding to hearing, the parties resolved all issues in dispute. The Court finding the resolution fair and equitable hereby ORDERS same.

IT IS THEREFORE ORDERED that:

**1.     The parties agree the subject property is secured by a first mortgage held by Rushmore Loan Management Services LLC, as servicer to Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust,**

**Series 2013-17, in the amount of $82,234.05.  This is the only lien on the subject property, and said lien shall be paid in full upon closing.**

     **2.**     **The property is also subject to unpaid real estate taxes in the approximate amount of $5,900.00, which will be paid as part of the closing.**

     **3.**     **The pre-petition mortgage arrearage in the approximate amount of $21,215.31 will be paid as part of the closing.  The Trustee shall make no disbursements toward the pre-petition arrearage claim.**

     **4.**     **Debtor is permitted to retain the exempt net sale proceeds in the approximate amount of $17,945.52.**

     **5.**     **Rushmore Loan Management Services LLC, as servicer to Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-17 is to be paid in full for the balance on the first mortgage within thirty (30) days of closing.  Payment to Rushmore Loan Management Services LLC, as servicer to Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-17 shall be forwarded to Rushmore Loan Management Services LLC, 15480 Laguna Canyon Road, Suite 100, Irvine, California, Ohio 92618, as designated by said lender, or any other address subsequently designated by same.**

     **6.**     **The sale shall close within sixty (60) days from the date of entry of the within order.**

     **7.**     **Within five (5) business days after the closing, Debtors' counsel shall provide all parties hereto a copy of the final disbursement closing summary of the transaction.**

     IT IS SO ORDERED.

**APPROVED & SUBMITTED BY:**

/s/ Christopher J. Spiroff – per written approval 10/21/2015
Christopher J. Spiroff: 0042247
1180 South High Street
Columbus, Ohio 43206
Phone: 614-224-2104
Fax:  614-224-2066
E-Mail:  admin@spirofflaw.com
ATTORNEY FOR DEBTORS

/s/ Alison A. Gill
Alison A. Gill: 0061710
655 Cooper Road
Westerville, Ohio 43081
Telephone: (614) 523-7575
Facsimile: (614) 523-7580
E-Mail: alison@ohiolaws.com
ATTORNEYS FOR RUSHMORE

/s/ Stacey A. O'Stafy (0070386), Staff Attorney – per written approval 10/21/2015
Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad Street, Suite 900
Columbus, OH 43215
Telephone: (614) 420-2555
E-Mail: faye.english@ch13columbus.com

Copies to: All Filing Parties.

# # #